PIC MANAGEMENT HOLDING COMPANY )
OF WISCONSIN, LLC, and )
PHYSICIANS IMMEDIATE CARE, LLC, )
)
     Plaintiffs, )
**)** **Case No. 25-CV-173-SCD**
 v. )
) Magistrate Judge Stephen C. Dries
COLUMBIA ST. MARY'S, INC., and )
ASCENSION HEALTH, )
)
     Defendants. )

## STIPULATION OF DISMISSAL

Plaintiffs PIC Management Holding Company of Wisconsin, LLC and Physicians Immediate Care, LLC (collectively, "Plaintiffs"), by and through their undersigned counsel, and Defendants Columbia St. Mary's, Inc. and Ascension Health (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action as follows:

**WHEREAS**, the parties have resolved the disputes at issue in this action, including all remaining claims set forth in Plaintiffs' Amended Complaint; and

**WHEREAS**, all parties who have appeared in this action desire to stipulate to the dismissal of this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, as follows:

1.  **Dismissal.**  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action, including all remaining claims in the Amended Complaint, are hereby dismissed.

2.  **Attorneys' Fees and Costs.**  Each party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

3.  **Authority.**  The undersigned counsel represent that they are authorized to execute this Stipulation on behalf of their respective clients.

Dated:  July 1, 2026

**COUNSEL FOR PLAINTIFFS:**
*PIC Management Holding Company of Wisconsin, LLC and Physicians Immediate Care, LLC*


By:  */s/ Kevin P. Allen*
Kevin P. Allen, WIED #: 76426
Joseph R. Welsh WIED #: 329626
Emily S. Bley WIED #: 329197
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
kpallen@duanemorris.com
jrwelsh@duanemorris.com
ebley@duanemorris.com
*Counsel for Plaintiffs*

**COUNSEL FOR DEFENDANTS:**
*Columbia St. Mary's, Inc. and Ascension Health*

By: */s/ David P. Muth*
David P. Muth, Bar No. 1027027
E-mail: david.muth@quarles.com
Brandon M. Krajewski, Bar No. 1090077
E-mail: brandon.krajewski@quarles.com
Nathan Oesch, Bar No. 1101380
E-mail: nathan.oesch@quarles.com
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Telephone: (414) 277-5000
Facsimile: (414) 271-3552

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**Case No. 25-CV-173-SCD**

**[PROPOSED] ORDER OF DISMISSAL**

The Court, having reviewed the Stipulation of Dismissal filed by the parties, and good

cause appearing therefor:

**IT IS HEREBY ORDERED that:**

1.      This action, including all remaining claims in the Amended Complaint, is

**DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.      Each party shall bear its own attorneys' fees, costs, and expenses.

3.      The Clerk of Court is directed to close this case.


SO ORDERED this _____


_____
**HON. STEPHEN C. DRIES** United
States Magistrate Judge